BANNER v. BANNER

No. 467P87.

Case below: 86 N.C. App. 397.

Petition by Pauline R. Banner for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

BENTLEY v. NORTHWESTERN BANK

No. 398P87.

Case below: 86 N.C. App. 376.

Petition by defendant (Bank) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

BOLKHIR v. N.C. STATE UNIVERSITY

No. 329PA87.

Case below: 85 N.C. App. 521.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1987.

BOUDREAU v. BAUGHMAN

No. 409PA87.

Case below: 86 N.C. App. 165.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1987.

BRITT v. N.C. STATE BOARD OF EDUCATION

No. 430P87.

Case below: 86 N.C. App. 282.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 7 October 1987.